UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **BRIAN BENDEROFF,**  Plaintiff,  vs.  **ERIK JOHANSEN, JEFFREY ADAMISIN, JOSEPH PRESLEY, MICHAEL WILLIAMS, BRIAN HELMERSON, MARK VAUGHAN, DEVALLONS DESMARETS, JEROME DEAVEN, and CHRIS WALTER,**  Defendants. | **2:23-CV-12824-TGB-DRG**  HON. TERRENCE G. BERG  **JUDGMENT** |

In accordance with the Order entered on this date, regarding the above-entitled matter having come before the Court, it is **ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

Dated: March 31, 2025        /s/Terrence G. Berg
                             HON. TERRENCE G. BERG
                             UNITED STATES DISTRICT JUDGE